UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLAGSTAR BANK, FSB,

              Plaintiff,

-against-

CARIBBEAN MORTGAGE CORP, et al.,

              Defendants.
------------------------------------------------------------X

JUDGMENT
08-CV-2108 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★    2009    ★
P.M._____
TIME A.M._____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 31, 2009, adopting the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated March 12, 2009; and directing the Clerk of Court to enter a default judgment against all defendants and make the following awards:

    (a)    an award of damages against Caribbean Mortgage Corp., Udit Meetoo, Dawn Lombardi, and Imitiaz Ali, jointly and severally in the amount of $106,197.33; an

    (b)    award of damages against Caribbean Mortgage Corp., Udit Meetoo, Dawn Lombardi, and Lakhram Ballram jointly and severally in the amount of $164,196.74; and

    (c)    an award against Caribbean Mortgage Corp., alone of $16,921.49, consisting of $1,207.49 in litigation costs, and $15,714.00 in attorneys' fees; it is

      ORDERED and ADJUDGED that the unopposed Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that a default judgment is hereby entered in favor of plaintiff, Flagstar Bank, FSB, and against all defendants with the following awards:

(a) an award of damages against Caribbean Mortgage Corp., Udit Meetoo, Dawn Lombardi, and Imitiaz Ali, jointly and severally in the amount of $106,197.33; an

(b) award of damages against Caribbean Mortgage Corp., Udit Meetoo, Dawn Lombardi, and Lakhram Ballram jointly and severally in the amount of $164,196.74; and

(c) an award against Caribbean Mortgage Corp., alone of $16,921.49, consisting of $1,207.49 in litigation costs, and $15,714.00 in attorneys' fees.

Dated: Brooklyn, New York
March 31, 2009

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn

Terry Vaughn
Chief Deputy of
Court Operations